UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| **DENNY CAPPS,** | : | Case No. 3:14-cv-344 |
| **Plaintiff,** | : | **Judge Thomas Rose**<br>**Chief Magistrate Judge Sharon Ovington** |
| v. | : | |
| **MCAFEE HEATING & AIR CONDITIONING CO., INC.,** | : | |
| **Defendant.** | : | |

---

### ENTRY AND ORDER GRANTING JOINT MOTION TO APPROVE SETTLEMENT UNDER THE FAIR LABOR STANDARDS ACT AND DISMISS ACTION (DOC. 15) AND DISMISSING ACTION WITH PREJUDICE

---

This case is before the Court on the parties' Joint Motion To Approve Settlement Under The Fair Labor Standards Act And Dismiss Action (Doc. 15). The Court, having been sufficiently advised, has reviewed the Settlement Agreement and General Release and concludes that it is fair, reasonable and adequate, and that the settlement is a result of contested litigation to resolve a *bona fide* dispute.

**IT IS THEREFORE ORDERED** that the Joint Motion to Approve Settlement under the Fair Labor Standards Act and Dismiss Action (Doc. 15) is **GRANTED**. The Court shall retain jurisdiction over the Settlement Agreement and General Release. The case is hereby **DISMISSED** with prejudice.

**DONE** and **ORDERED** in Dayton, Ohio, this Monday, October 5, 2015.

s/Thomas M. Rose
_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE